UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| JOHN MANOS, TARA BORRELLI, AND JESSIE MANOS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MTC FINANCIAL, INC.; MALCOLM CISNEROS, ALC; DITECH FINANCIAL LLC; CITIMORTGAGE, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION, and DOES 1-5,<br><br>Defendants. | Case No. 8:16-cv-01142-CJC-KES<br><br>**JUDGMENT OF DISMISSAL** |

Before the Court are Motions to Dismiss Plaintiffs' Second Amended Complaint (Dkt. 91, hereafter "SAC") filed by Defendants Ditech Financial LLC and Federal National Mortgage Association (Dkt. 94-1), CitiMortgage, Inc. (Dkt. 96-1), and MTC Financial, Inc. and Malcolm Cisneros (Dkt. 95) (collectively, "Defendants").

Having fully considered the briefs and evidence submitted by Defendants and by Plaintiffs John Manos, Tara Borrelli, and Jessie Manos (collectively "Plaintiffs"), as well as other relevant documents on file in this matter, on April 2,

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-6657-4690 v1
06190-1346

- 1 -

CASE NO. 8:16-CV-01142-CJC-KES
JUDGMENT OF DISMISSAL

2018, this Court issued its Order Granting, in Part, Defendants' Motions to Dismiss and Denying as Moot CitiMortgage's Motion to Strike (Dkt. 117) ("April 2, 2018 Order").

For the reasons set forth in the April 2, 2018 Order, the Court ORDERS, ADJUDGES, and DECREES as follows:

1. Plaintiffs' alleged Racketeering Influenced and Corrupt Organizations Act ("Civil RICO") violations brought under 18 U.S.C. 1962(c), and alleged Civil RICO conspiracy violations brought under 18 U.S.C. 1962(d), are dismissed with prejudice because Plaintiffs have failed to sufficiently allege racketeering activity.

2. Plaintiffs' alleged Fair Debt Collection Practices Act ("FDCPA") violations asserted against Defendant Cisneros are dismissed with prejudice because the actions Defendant Cisneros is alleged to have engaged in are not actionable under the FDCPA.

3. The Court declines to extend 28 U.S.C. § 1367(c)(3)'s supplemental jurisdiction over Plaintiffs' remaining state law claims: (a) alleged breach of contract and (b) alleged violations of California's Unfair Competition Law. Accordingly, those claims are dismissed without prejudice.

4. Defendant CitiMortgage, Inc. also filed a motion to strike class allegations (Dkt. 97-1). The Court denied that motion as moot because the Court is declining to extend supplemental jurisdiction over Plaintiffs' remaining state law claims (Dkt. 117). Accordingly, the denial of CitiMortgage's motion to strike is without prejudice.

Accordingly, IT IS HEREBY ORDERED that Defendants' respective Motions to Dismiss (Dkts. 94-1, 95, 96-1) are granted in part, and judgment is hereby entered in favor of Defendants Ditech Financial LLC, Federal National Mortgage Association, CitiMortgage, Inc., MTC Financial, Inc., and Malcolm Cisneros and against Plaintiffs John Manos, Tara Borrelli, and Jessie Manos on all

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-6657-4690 v1
06190-1346

- 2 -

CASE NO. 8:16-CV-01142-CJC-KES
JUDGMENT OF DISMISSAL

Civil RICO and FDCPA counts.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-6657-4690 v1
06190-1346

- 3 -

CASE NO. 8:16-CV-01142-CJC-KES
JUDGMENT OF DISMISSAL