| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | DEC 28 2020 |
| | MOLLY C. DWYER, CLERK <br>U.S. COURT OF APPEALS |

JOHN MANOS; et al.,

        Plaintiffs-Appellants,

v.

MTC FINANCIAL, INC.; et al.,

        Defendants-Appellees.

No. 18-55587

D.C. No. 8:16-cv-01142-CJC-KES
Central District of California,
Santa Ana

ORDER

Before: THOMAS, Chief Judge, and LEAVY and FRIEDLAND, Circuit Judges.

Appellee Ditech Financial LLC's unopposed motion to dismiss the appeal as to Ditech (Docket Entry Nos. 52 and 53) is granted.

**DISMISSED as to Ditech Financial LLC.**